UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-20257-Civ-Lenard/Turnoff

TIFFANY N. THORNE,
on behalf of herself and
all others similarly situated,

      Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,

      Defendant.

_____/

## PLAINTIFF'S MOTION TO COMPEL SECOND DEPOSITION OF DEFENDANT

      Plaintiff, Tiffany H. Thorne, files this Motion to Compel Second Deposition of Defendant, Commonwealth Financial Systems, Inc., and in support thereof, states as follows:

      1.     Plaintiff seeks to take a second deposition of Defendant's corporate representative regarding new topics now necessary under the Amended Complaint that were not of issue at the time of the initial deposition.

      2.     Plaintiff took the deposition of Defendant's corporate representative on August 30, 2010.[1]  Based upon information obtained in initial discovery, Plaintiff filed a Motion to Amend the complaint on November 10, 2010, to change the class definition. (DE 55)  Plaintiff seeks to discovery information on new topics not addressed in the initial deposition of Defendant's corporate representative but related to the new class definition, e.g., the number of class members contained therein.  The information

---

[1] The deposition of Defendant's corporate was initially scheduled for August 23, 2010, but the deposition was cancelled due to technical problems with the video deposition equipment.

Plaintiff seeks is important and not duplicative.  The deposition would be taken by video conference and would not be unduly burdensome on Defendant.

3.    The timing of the second deposition is urgent. Plaintiff filed her Motion to Certify Class on November 9, 2010 (DE 56), and the information Plaintiff seeks in the second deposition is relevant to Plaintiff's Motion and to the litigation of the case. Therefore, Plaintiff seeks to schedule the second deposition within 10 days.

4.    The discovery cutoff is January 14, 2011.  Defendant would not be prejudiced by this request.

## CERTIFICATION REQUIRED BY LOCAL RULE

Plaintiff's counsel attempted to resolve this matter with Defendant's counsel and was unable to do so. Defendant's counsel has refused to attend a second deposition.

WHEREFORE, Plaintiff respectfully requests the Court order Defendant to attend a second deposition on or before November 22, 2010.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-20257-Civ-Lenard/Turnoff

TIFFANY N. THORNE,
on behalf of herself and
all others similarly situated,

      Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on November 10, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    s/Donald A. Yarbrough
                                    Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF