UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-20257-CV-LENARD/TURNOFF

TIFFANY N. THORNE, on behalf
of herself and others similarly situated,

     Plaintiff(s),
vs.

Commonwealth Financial Systems, Inc.,

     Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Compel Second Deposition of Defendant **[DE61]**, Plaintiffs' Motion to Certify Class **[DE56]**, and a prior Order of Referral entered by the Honorable Joan A. Lenard.

Upon review of the Motion **[DE61]**, the Response, the court file, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Motion **[DE61]** is **GRANTED**. Defendant is not required to appear for deposition in Florida. Rather, Plaintiff shall arrange to take the second deposition via video conference. In this connection, Plaintiffs' counsel shall take steps to ensure that there are no technical problems, such as the ones experienced during Defendant's corporate representative deposition.

It is **FURTHER ORDERED AND ADJUDGED** that the scope of the deposition shall be limited to the narrow subject of the "new class definition;" that is, the number of class members.

**PLEASE TAKE NOTICE** that a hearing on Plaintiffs' Motion to Certify Class **[DE56]** shall take place before the undersigned on ___JAN. 26___, 2011 at 2:00 p.m., 301 N. Miami Avenue, 11th Floor, Miami, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida on this _6_ day of December 2010.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Joan A. Lenard
      Counsel of Record