UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-20257-Civ-Lenard/Turnoff

TIFFANY N. THORNE,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY

    Plaintiff, Tiffany N. Thorne, hereby provides the following additional authority in support of her Motion to Certify the Class (DE 56), on the issue of competency of counsel which Defendant has challenged.

    See two Orders appointing Donald A. Yarbrough as class counsel in *Jordan, Ricky L. v NCO Financial Systems, Inc.,* Case No.: 10-60226-Civ-Moreno/Torres (S.D. Fla October 13, 2010) Order of Preliminary Approval of Class Action Settlement (DE 22), attached hereto as Exhibit "A" and *Drossin, Alan R. v Medicredit, Inc.* Case No.: 09-61474-Civ-Lenard/Turnoff (S.D. Fla December 13, 2010) Order on Joint Motion for Preliminary Approval of Class Settlement (DE 47) attached hereto as Exhibit "B".

                                            Respectfully submitted,

                                            DONALD A. YARBROUGH, ESQ.
                                            Attorney for Plaintiff
                                            Post Office Box 11842

Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-20257-Civ-Lenard/Turnoff

TIFFANY N. THORNE,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF