## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 26, 2011

Donald A. Yarbrough
Donald A. Yarbrough, Esq
2000 E OAKLAND PARK BLVD STE 105
PO BOX 11842
FORT LAUDERDALE, FL 33339-1842

FILED by _____ D.C.

SEP - 2 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Appeal Number: 11-90011-H
Case Style: Tiffany Thorne v. Commonwealth Financial Systems
District Court Docket No: 1:10-cv-20257-JAL

The enclosed order has been entered. No further action will be taken in this matter.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Walter Pollard, H
Phone #: (404) 335-6186

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-90011 H

AUG 26 2011

TIFFANY N. THORNE,
on behalf of herself and
all others similarly situated,

                              Petitioner,

versus

COMMONWEALTH FINANCIAL SYSTEMS, INC,

                              Respondent.

Petition for Permission to Appeal an Order from the
Southern District of Florida

Before: TJOFLAT, CARNES and PRYOR, Circuit Judges.

BY THE COURT:

    The Petition for Permission to Appeal pursuant to Fed.R.Civ.P. Rule 23(f) is DENIED for failure to comply with Fed.R.App.P.5(b)(E).

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia