# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-20257

TIFFANY N. THORNE, on behalf of herself
and all others similarly situated,

        Plaintiff,

vs.

COMMONWEALTH FINANCIAL SYSTEMS,
INC.,

        Defendant.
_____/

## RULE 68 OFFER OF JUDGMENT BY DEFENDANT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant by and through its undersigned attorneys, hereby submits this Offer of Judgment ("Offer"), which offers to allow judgment to be taken against it and in favor of Plaintiff on her individual claim, as follows:

1. Judgment shall be entered against Defendant in the amount of One Thousand Dollars and 00/100 ($1,000.00), arising from Plaintiff's individual FDCPA claims against the Defendant as alleged in Plaintiff's pleadings filed in the above captioned matter.

2. The judgment entered shall include an additional amount for Plaintiff's reasonable attorney fees and costs incurred by Plaintiff, in an amount to be determined by the Court if the parties are unable to come to an agreement.

3. Should Plaintiff accept this Offer, Plaintiff agrees that acceptance of the Offer resolves Plaintiff's FDCPA claims against Defendant.

4. Notwithstanding the foregoing Offer, Defendant denies any wrongdoing or violation of state or federal laws, but admits liability for the sole purposes of settlement and resolution of Plaintiff's FDCPA claims sought in the above-captioned matter as described more fully herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile, email, and U.S. Mail to Donald A. Yarbrough, Esquire, P.O. Box 11842, Ft. Lauderdale, FL 33339, this 6th day of July, 2012.

Dale T. Golden, Esq.
FBN: 0094080
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
813-251-5500 (p)
813-251-3675 (f)
dgolden@goldenscaz.com
Attorneys for Defendant

2

## GOLDEN & SCAZ, PLLC
ATTORNEYS AT LAW
2124 W. KENNEDY BOULEVARD
SUITE A
TAMPA, FLORIDA 33606-1545
PHONE: (813) 251-5500
FAX: (813) 251-3675

TO:    DONALD YARBROUGH, ESQUIRE          FAX: (954) 566-2235

FROM:  LIANE / DALE T. GOLDEN, ESQUIRE

DATE:  JULY 6, 2012

RE:    THORNE V CFS1

PAGES: 3, INCLUDING THIS COVER PAGE. PLEASE CALL 813-251-5500 IF YOU DO NOT RECEIVE ALL PAGES.

COMMENTS:  PLEASE SEE ATTACHED RULE 68 OFFER OF JUDGMENT BY DEFENDANT

THANK YOU.

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED AND INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. WE REQUEST IMMEDIATE NOTIFICATION BY TELEPHONE OF MISROUTED TELECOPY TRANSMISSIONS SO THAT WE CAN ARRANGE FOR RETURN OF THOSE DOCUMENTS TO US. IF YOU RECEIVE THIS TELECOPY IN ERROR, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED.