UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 10-20257-CIV-ROSENBAUM**

TIFFANY N. THORNE,
on behalf of herself and
all others similarly situated,

    Plaintiff,

vs.

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

    Defendant.
_____/

**FINAL JUDGMENT**

This matter came before the Court upon Plaintiff Tiffany N. Thorne's Motion for Entry of Final Judgment [D.E. 163]. For the reasons set forth in the Court's July 6, 2012, Order [D.E. 164], the Court granted Plaintiff's Motion. Accordingly, for good cause shown, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is hereby **ENTERED** in favor of Plaintiff Tiffany N. Thorne and against Defendant Commonwealth Financial Systems, Inc., on Plaintiff's claim for violation of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq*., contained in Count I of Plaintiff's Amended Complaint [D.E. 64];

2. Plaintiff Tiffany N. Thorne shall recover from Defendant Commonwealth Financial Systems, Inc., the sum of $1,000.00, together with interest thereon from the date of this Final Judgment, and reasonable attorney's fees, for all of which let execution issue;

3. The Court reserves jurisdiction in this matter solely for the purpose of considering a motion for attorney's fees that comports with the requirements of Local Rule 7.3, S.D. Fla.;

4. The Clerk shall close this case; and

5. All pending motions are hereby **DENIED** as moot

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 9th day of July 2012.

*/s/ Robin S. Rosenbaum*
**ROBIN S. ROSENBAUM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of record