UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-20257-Civ-Rosenbaum/O'Sullivan

TIFFANY N. THORNE,

    Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## JOINT STATUS REPORT

Plaintiff, Tiffany N. Thorne, and Defendant, Commonwealth Financial Systems, Inc., pursuant to the Court's Order (DE 186) directing counsel for the parties to confer, submit their Joint Status Report:

1. On February 14, 2013, counsel for the parties conferred by telephone and no agreement was reached on any issue. Thus all issues remain before the Court.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Golden & Scaz, PLLC |
| Fort Lauderdale, Florida 33339 | 201 North Armenia Avenue |
| Telephone: 954-537-2000 | Tampa, FL 33609 |
| Facsimile: 954-566-2235 | Telephone: 813-251-3632 |
| | Facsimile: 813-251-3675 |
| By: /s/ Donald A. Yarbrough | By: /s/ Dale T. Golden |
| Donald A. Yarbrough, Esq. | Dale T. Golden, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-20257-Civ-Rosenbaum/O'Sullivan

TIFFANY N. THORNE,

    Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3632
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF